E-FILED
Wednesday, 25 March, 2015  11:49:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No: 12-cv-4073-SLD |
| EIGHT THOUSAND SEVEN HUNDRED NINETY-ONE AND 55/100 ($8,791.55) IN U.S. CURRENCY, | ) |
| Defendant. | ) |

## ENTRY OF DEFAULT AGAINST DEFENDANT AND ALL OTHER POTENTIAL CLAIMANTS

This matter has come on to be heard on the United States's Application for Entry of Default. The Court is fully advised and the Court finds that: (1) the defendant and all other potential claimants have been served or have waived service of summons pursuant to Rule 4, Federal Rules of Civil Procedure and Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, (2) that Notice of Action and Seizure has been published pursuant to order of this Court, and (3) no claims or answers are currently pending, and the time to file a claim or answer has expired.

Accordingly, Plaintiff's Motion for Entry of Default Against Defendant and Other Potential Claimants, ECF No. 25, is GRANTED. Default is entered against Defendant and all other potential claimants. This cause of action is subject to dismissal for failure to prosecute unless within fourteen days of the Entry of Default the United States of America makes application to the District Court for the entry of a Default Judgment.

Entered this 25th day of March, 2015.

                                                /s Sara Darrow
                                        SARA DARROW
                                UNITED STATES DISTRICT JUDGE